UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BETHENNY FRANKEL, *on behalf of herself and all* :
*others similarly situated*, :
: 22-CV-08503 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
TIKTOK, INC., :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 22, 2022, Defendant filed a motion to compel arbitration and stay this action pending arbitration. *See* ECF No. 15. On January 20, 2023, Plaintiff filed a response stating that she "does not oppose the stay that TikTok has requested and will submit to arbitration per TikTok's Terms of Service." *See* ECF No. 22. Defendant's motion to stay this case pending arbitration is GRANTED. As there is no reason to keep the case open pending the arbitration, the Clerk is directed to terminate ECF No. 15 and administratively close the case without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.

SO ORDERED.

Dated: January 23, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge